# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

KRISTEN RENEE SNYDER, et al.,

        Plaintiffs,

v.          CIVIL ACTION NO. 2:13-CV-16268

COLOPLAST CORP.,

        Defendant.

## MEMORANDUM OPINION AND ORDER

Pending is Defendant Coloplast Corp.'s Motion to Dismiss with Prejudice, filed November 19, 2018. [ECF No. 15]. In the Motion, defendant Coloplast Corp. moves to dismiss plaintiffs' claims against it with prejudice for failure to serve a plaintiff fact sheet. Plaintiffs have not responded.

The court finds, pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am., Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), the plaintiffs' claims against Coloplast Corp. should be dismissed without prejudice for failure to produce a completed plaintiff fact sheet in compliance with the court's previous pretrial order.

Therefore, the court **ORDERS** that the Motion to Dismiss [ECF No. 15] is **GRANTED in part to the extent Coloplast Corp. seeks dismissal** and **DENIED insofar as Coloplast Corp. seeks dismissal with prejudice.** The court **ORDERS** that Coloplast Corp. is dismissed

without prejudice. No additional defendants remain, and the Clerk is **DIRECTED** to dismiss and strike the case from the active docket.

The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 15, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE